**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Kenneth Richard Kibodeaux |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number | 1836197 |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 3

**Date of payment change:**
Must be at least 21 days after date of this notice: 05/15/2019

**New total payment:**
Principal, interest, and escrow, if any: $1704.28

**Last 4 digits** of any number you use to identify the debtor's account: 1 4 6 4

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $ 702.96            **New escrow payment:** $ 727.70

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** _____%           **New interest rate:** _____%

   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   **Current mortgage payment:** $ _____        **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Tavon Taylor
Signature

Date 04/11/2019

Print: TAYLOR,TAVON
First Name　　Middle Name　　Last Name

Title: VP Loan Documentation

Company: Wells Fargo Bank, N.A.

Address: MAC N9286-01Y
Number　　Street
1000 Blue Gentian Road
Address 2
Eagan　　　　　　　　　MN　　55121-7700
City　　　　　　　　　　State　　ZIP Code

Contact phone 800-274-7025

Email: NoticeOfPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

Chapter 13 No. 1836197
Judge: Jeff Bohm

In re:

Kenneth Richard Kibodeaux

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before April 12, 2019 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

**Debtor:**

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Kenneth Richard Kibodeaux
3906 Lennett Way Court

Pearland TX 77584

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

**Debtor's Attorney:**

By Court's CM/ECF system registered email address

Susan Tran
Corral Tran Singh LLP
1010 Lamar
Suite 1160
Houston TX 77002

By Court's CM/ECF system registered email address

N/A

**Trustee:**

By Court's CM/ECF system registered email address

David G Peake
Chapter 13 Trustee
9660 Hillcroft
Suite 430
Houston TX 77096-3856

/s/Tavon Taylor

VP Loan Documentation

Wells Fargo Bank, N.A.





| | |
|---|---|
| **Return Mail Operations**<br>PO Box 14547<br>Des Moines, IA 50306-4547 | **Escrow Review Statement**<br>*For informational purposes only* |

**Statement Date:** March 13, 2019
**Loan number:** 
**Property address:**
   3906 LEANATT WAY CT
   PEARLAND TX 77584-5962

## Customer Service

**Online**
wellsfargo.com

**Telephone**
1-800-340-0473

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

**To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

KENNETH KIBODEAUX
ROBBIE KIBODEAUX
3906 LEANETT WAY CT
PEARLAND TX 77584-5962

*PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**.

- **Payments:** As of the **May 15, 2019** payment, the contractual portion of the escrow payment **increases**.

> **The escrow account has a shortage of**
> **$169.52**

# Part 1 - Mortgage payment

### Option 1 — Pay the shortage amount over 12 months

| | Previous payment through 04/15/2019 payment date | New payment beginning with the 05/15/2019 payment |
|---|---|---|
| **Principal and/or interest** | $976.58 | $976.58 |
| **Escrow payment** | $702.96 | $727.70 |
| **Total payment amount** | $1,679.54 | $1,704.28 |

**Option 1: No action required**

Starting **May 15, 2019** the new contractual payment amount will be **$1,704.28**

### Option 2 — Pay the shortage amount of $169.52

| | Previous payment through 04/15/2019 payment date | New payment beginning with the 05/15/2019 payment |
|---|---|---|
| **Principal and/or interest** | $976.58 | $976.58 |
| **Escrow payment** | $702.96 | $713.57 |
| **Total payment amount** | $1,679.54 | $1,690.15 |

**Option 2: Pay shortage in full**

Starting **May 15, 2019** the new contractual payment amount will be **$1,690.15**

**Note:** If this is an adjustable rate mortgage (ARM), a separate notice will be sent before the payment is scheduled to change.

**See Page 2 for additional details.**



*Note: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this coupon is being provided for informational purposes only. If your Chapter 13 plan calls for your Chapter 13 Trustee to make the on-going post-petition mortgage payments, please contact your attorney or the Trustee's office before directly sending any amounts relating to this escrow shortage*

KENNETH KIBODEAUX
ROBBIE KIBODEAUX

If you choose to pay the shortage in full as referenced in Option 2, detach this coupon and mail it along with a check for $169.52 to the address that appears on this coupon.

This payment must be received no later than **May 15, 2019**.

Wells Fargo Home Mortgage
PO Box 51120
Los Angeles, CA 90051-5420

708  9 10 02 00160170 00169015 00177122 00016952 6

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $944.00. For the coming year, we expect the amount paid from escrow to be $8,562.75.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 05/17 - 05/18 (Actual) | 05/18 - 05/19 (Actual) | 12/18 - 03/19 (Actual) | 05/19 - 04/20 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $4,885.50 | $5,012.67 | $944.00 | $5,012.67 | ÷ | 12 | = | $417.72 |
| **Property insurance** | $1,443.15 | $1,559.08 | $0.00 | $1,559.08 | ÷ | 12 | = | $129.92 |
| **Other insurance** | $1,838.00 | $1,991.00 | $0.00 | $1,991.00 | ÷ | 12 | = | $165.92 |
| **Total taxes and insurance** | $8,166.65 | $8,562.75 | $944.00 | $8,562.75 | ÷ | 12 | = | $713.57 |
| **Escrow shortage** | $599.03 | $2,708.03 | $0.00 | $169.52 | ÷ | 12 | = | $14.13** |
| **Total escrow** | $8,765.68 | $11,270.78 | $944.00 | $8,732.27 | ÷ | 12 | = | $727.70 |

**This amount is added to the payment if Option 1 on page 1 is selected.

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance  December, 2019 |   | -$3,324.75 | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Bankruptcy adjustment‡ | + | $3,155.23 |  |
| Minimum balance for the escrow account | - | $0.00 |  |
| **Escrow shortage** | = | **-$169.52** |  |

‡This adjustment of $3,155.23, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

## Part 3 - Escrow account projections

Escrow account projections from May, 2019 to April, 2020

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Apr 2019 | | | Starting balance | -$470.56 | $2,854.19 |
| May 2019 | $713.57 | $0.00 | | $243.01 | $3,567.76 |
| Jun 2019 | $713.57 | $0.00 | | $956.58 | $4,281.33 |
| Jul 2019 | $713.57 | $0.00 | | $1,670.15 | $4,994.90 |
| Aug 2019 | $713.57 | $0.00 | | $2,383.72 | $5,708.47 |
| Sep 2019 | $713.57 | $0.00 | | $3,097.29 | $6,422.04 |
| Oct 2019 | $713.57 | $1,559.08 | ALLSTATE INSURANCE | $2,251.78 | $5,576.53 |
| Oct 2019 | $0.00 | $1,991.00 | TWIA | $260.78 | $3,585.53 |
| Nov 2019 | $713.57 | $0.00 | | $974.35 | $4,299.10 |
| Dec 2019 | $713.57 | $4,068.67 | BRAZORIA COUNTY (W) | -$2,380.75 | $944.00 |
| Dec 2019 | $0.00 | $944.00 | BRAZORIA CO MUD 2(W) | **-$3,324.75** | **$0.00** |
| Jan 2020 | $713.57 | $0.00 | | -$2,611.18 | $713.57 |
| Feb 2020 | $713.57 | $0.00 | | -$1,897.61 | $1,427.14 |
| Mar 2020 | $713.57 | $0.00 | | -$1,184.04 | $2,140.71 |
| Apr 2020 | $713.57 | $0.00 | | -$470.47 | $2,854.28 |
| Totals | $8,562.84 | $8,562.75 | | | |

## Part 4 - Escrow account history

Escrow account activity from December, 2018 to April, 2019

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| Dec 2018 | | | | | | | Starting Balance | -$6,331.35 | $4,182.54 | -$10,513.89 |
| Dec 2018 | $0.00 | $702.96 | -$702.96 | $4,068.67 | $3,967.84 | $100.83 | BRAZORIA COUNTY (W) | -$10,400.02 | $917.66 | -$11,317.68 |
| Dec 2018 | $0.00 | $0.00 | $0.00 | $944.00 | $917.66 | $26.34 | BRAZORIA CO MUD 2(W) | -$11,344.02 | $0.00 | -$11,344.02 |
| Jan 2019 | $0.00 | $702.96 | -$702.96 | $0.00 | $0.00 | $0.00 | | -$11,344.02 | $702.96 | -$12,046.98 |
| Feb 2019 | $0.00 | $702.96 | -$702.96 | $0.00 | $0.00 | $0.00 | | -$11,344.02 | $1,405.92 | -$12,749.94 |
| Mar 2019 (estimate) | $10,170.50 | $702.96 | $9,467.54 | $0.00 | $0.00 | $0.00 | | -$1,173.52 | $2,108.88 | -$3,282.40 |
| Apr 2019 (estimate) | $702.96 | $702.96 | $0.00 | $0.00 | $0.00 | $0.00 | | -$470.56 | $2,811.84 | -$3,282.40 |
| Totals | $10,873.46 | $3,514.80 | $7,358.66 | $5,012.67 | $4,885.50 | $127.17 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801  4/18